**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES—GENERAL**

Case No. 2:26-cv-11381-MWF-KES Date: October 27, 2026

Title: RICARDO RAMON HERMOSILLO LOPEZ v. ACTING WARDEN - FCI LOMPOC II

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PETITIONER: | ATTORNEYS PRESENT FOR RESPONDENTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS): Order to Show Cause ("OSC") Why Case Should Not Be Dismissed**

On October 6, 2027, the Court served Petitioner by mail with a notice of the judges assigned to the case. (Dkt. 2.) The notice was mailed to the address that Petitioner provided in his Petition. (Dkt. 1 at 1.) On October 19, 2026, the notice was returned to the Court as undeliverable. It was marked "Return to Sender, Not Deliverable as Addressed, Unable to Forward." (Dkt. 7.) Using Petitioner's registration number, the Bureau of Prison's website https://www.bop.gov/inmateloc/ does not identify Petitioner as someone in federal custody as of the date of this order.

Self-represented litigants must keep the court apprised of their currently mailing address or risk dismissal, as follows:

> A party proceeding *pro se* must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address. If a Court order or other mail served on a *pro se* plaintiff at his address of record is returned by the Postal Service as undeliverable and the *pro se* party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute.
>
> Local Rule 41-6.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL



Here, more than 14 days have passed since October 6, 2027, but Petitioner has not filed a notice of change of address. Petitioner, therefore, is ordered to show cause why this case should not be dismissed for failure to prosecute and failure to comply with Local Rule 41-6. Petitioner shall respond to this OSC **by November 27, 2026**. Failure to respond will provide an additional reason to recommend dismissal.

The Court stays Respondent's deadline to respond to the Petition (Dkt. 6) until this OSC is resolved. Respondent should still file a notice of appearance, as ordered.

Initials of Deputy Clerk jd